cc: marshal

1  SEAN K. KENNEDY (No. 145632)
   Federal Public Defender
2  (E-Mail: Sean_Kennedy@fd.org)
   ANGEL NAVARRO (No. 155702)
3  Deputy Federal Public Defender
   (E-Mail: Angel_Navarro@fd.org)
4  321 E. 2nd Street
   Los Angeles, California 90012-4758
5  Telephone (213) 894-7121
   Facsimile (213) 894-0081
6
   Attorneys for Defendant
7  GERALD C. McCAFEE

8

9             UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11                   WESTERN DIVISION

12

13  UNITED STATES OF AMERICA,        )   NO. CR 87-510-R
                                     )
14              Plaintiff,           )   [~~PROPOSED~~] ORDER
                                     )
15       v.                          )
                                     )
16  GERALD C. McCAFEE,               )
                                     )
17              Defendant.           )
                                     )
18  _____  )

19       GOOD CAUSE HAVING BEEN SHOWN BY DEFENDANT'S ORAL

20  MOTION ON OCTOBER 14, 2008, IT IS HEREBY ORDERED that defendant be

21  allowed to make one (1) telephone call to Thailand. Personnel at the Metropolitan

22  /

23  /

24  /

25  /

26  /

27  /

28  /

1  Detention Center (MDC) shall allow for defendant to make one (1) telephone call to
2  Thailand.
3
4       IT IS SO ORDERED.
5
   DATED: October 21, 2008
6
                                            HON. MANUEL L. REAL
                                            United States District Judge
7
   Presented by:
8
9       /s/
   ANGEL NAVARRO
10 Deputy Federal Public Defender
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28